**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: Haywood, Walter H, Jr                    § Case No. 11-28356-BAM
                                                §
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    William A. Leonard, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $395,564.11 *(without deducting any secured claims)* | Assets Exempt: $76,332.36 |
| Total Distribution to Claimants: $6,086.06 | Claims Discharged Without Payment: $3,812,482.57 |
| Total Expenses of Administration: $1,850.97 | |

    3) Total gross receipts of $ 7,937.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,937.03 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $629,868.00 | $70,103.89 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,394.67 | 3,394.67 | 1,850.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,817,727.00 | 26,526.63 | 26,526.63 | 6,086.06 |
| **TOTAL DISBURSEMENTS** | $4,447,595.00 | $100,025.19 | $29,921.30 | $7,937.03 |

  4) This case was originally filed under Chapter 7 on November 28, 2011. The case was pending for 14 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/22/2013  By: /s/William A. Leonard, Jr.
            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| One Nevada Credit Union Checking Account Ending | 1129-000 | 5,262.00 |
| 2005 Mitsubishi Lancer Approx. 60,000 miles Debt | 1129-000 | 2,675.00 |
| Interest Income | 1270-000 | 0.03 |
| **TOTAL GROSS RECEIPTS** | | **$7,937.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | LAND ROVER CAPITAL GROUP | 4210-000 | 68,889.00 | 70,103.89 | 0.00 | 0.00 |
| NOTFILED | Camco Association Management | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loan Servicing | 4110-000 | 387,799.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercedes- Benz | 4110-000 | 125,000.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 4110-000 | 48,180.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$629,868.00** | **$70,103.89** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William A. Leonard, Jr. | 2100-000 | N/A | 1,543.70 | 1,543.70 | 0.00 |
| William A. Leonard, Jr. | 2200-000 | N/A | 174.93 | 174.93 | 174.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties, Ltd | 2300-000 | N/A | 7.34 | 7.34 | 7.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| William A. Leonard, Jr. | 2100-000 | N/A | 1,543.70 | 1,543.70 | 1,543.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,394.67 | $3,394.67 | $1,850.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IRS | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 6,885.00 | 6,885.41 | 6,885.41 | 1,579.73 |
| 2 | CAPITAL RECOVERY IV LLC | 7100-000 | 10,145.00 | 10,986.16 | 10,986.16 | 2,520.58 |
| 4 | ADVANTA BANK CORP IN RECEIVERSHIP OF FDIC | 7100-000 | 8,655.00 | 8,655.06 | 8,655.06 | 1,985.75 |
| NOTFILED | Otero Fcu/bankcards | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Patenaude & Felix | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle | 7100-000 | 10,986.00 | N/A | N/A | 0.00 |
| NOTFILED | Nevada Federal Cred Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Professional Bureau of Collections of Ma | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mil Star | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott Credit Union | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | KRAVITZ, SCHNITZER, SLOAN & JOHNSON, CHT | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nevada Federal Cred Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/sony | 7100-000 | 15,378.00 | N/A | N/A | 0.00 |
| NOTFILED | Waterfield Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Nv Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfs Financial/Wachovia Dealer Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Waterfield Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Swift Financial | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott Credit Union | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fst Comnd Bk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris | 7100-000 | 12,846.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of Nevada | 7100-000 | 3,668,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 9,177.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 11,736.00 | N/A | N/A | 0.00 |
| NOTFILED | AAC | 7100-000 | 12,402.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/carcare One Indep | 7100-000 | 8,269.00 | N/A | N/A | 0.00 |
| NOTFILED | First USA Bank - Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/carcare One Indep | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First USA Bank - Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards | 7100-000 | 8,248.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dcfs Usa Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,817,727.00 | $26,526.63 | $26,526.63 | $6,086.06 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-28356-BAM  
**Case Name:** Haywood, Walter H, Jr  

**Trustee:** (007600) William A. Leonard, Jr.  
**Filed (f) or Converted (c):** 11/28/11 (f)  
**§341(a) Meeting Date:** 01/04/12  

**Period Ending:** 01/22/13  
**Claims Bar Date:** 04/12/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single Family Home 1513 Antler Creek Street, N. Orig. Asset Memo: Imported from original petition Doc# 1 | 234,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | One Nevada Credit Union Checking Account Ending Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 155.43 | DA | 0.00 | FA |
| 3 | One Nevada Credit Union Savings Account Ending 6 Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | One Nevada Credit Union Checking Account Ending Orig. Asset Memo: Imported from original petition Doc# 1 | 20,600.00 | 5,157.50 |  | 5,262.00 | FA |
| 5 | One Nevada Credit Union Savings Account Ending 6 Orig. Asset Memo: Imported from original petition Doc# 1 | 2,677.00 | 669.25 | DA | 0.00 | FA |
| 6 | Household Goods Orig. Asset Memo: Imported from original petition Doc# 1 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel Orig. Asset Memo: Imported from original petition Doc# 1 | 350.00 | 0.00 | DA | 0.00 | FA |
| 8 | Glock 9mm Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | Jennings 22 - Handgun Orig. Asset Memo: Imported from original petition Doc# 1 | 30.00 | 0.00 | DA | 0.00 | FA |
| 10 | Marlin 22 Rifle Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Term Life Insurance Policy through American Fami Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Whole Life Insurance Policy Jackson National Lif | 12,430.79 | 0.00 | DA | 0.00 | FA |

Printed: 01/22/2013 12:40 PM    V.13.11

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-28356-BAM  
**Case Name:** Haywood, Walter H, Jr  

**Trustee:** (007600) William A. Leonard, Jr.  
**Filed (f) or Converted (c):** 11/28/11 (f)  
**§341(a) Meeting Date:** 01/04/12  

**Period Ending:** 01/22/13  

**Claims Bar Date:** 04/12/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Term Life Insurance Policy through American Fami<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | IRA through Invesco Aim<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 190.75 | 0.00 | DA | 0.00 | FA |
| 15 | Roth IRA through Invesco Aim<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,716.12 | 0.00 | DA | 0.00 | FA |
| 16 | 401k through Concentra<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | Roth IRA through Invesco Aim<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,497.52 | 0.00 | DA | 0.00 | FA |
| 18 | Retirement Policy through VALIC<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 815.02 | 0.00 | DA | 0.00 | FA |
| 19 | 401k through Fidelity<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 18,406.91 | 0.00 | DA | 0.00 | FA |
| 20 | 2011 Tax Refund<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 21 | 2006 Land Rover Range Rover HSE Approx. 50,000 m<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | 2008 Mercedes Benz CL550 Approx. 15,000 miles To<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 55,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2003 GMC Envoy Approx. 138,000 miles | 7,200.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-28356-BAM  
**Case Name:** Haywood, Walter H, Jr  

**Period Ending:** 01/22/13  

**Trustee:** (007600) William A. Leonard, Jr.  
**Filed (f) or Converted (c):** 11/28/11 (f)  
**§341(a) Meeting Date:** 01/04/12  
**Claims Bar Date:** 04/12/12  

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 24 | 2004 Mazda 3 Approx. 80,000 miles Debtor's wife Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2005 Mitsubishi Lancer Approx. 60,000 miles Debt Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 2,849.57 | | 2,675.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.03 | FA |
| 26 | Assets    Totals (Excluding unknown values) | $419,164.11 | $8,831.75 | | $7,937.03 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   November 30, 2013     **Current Projected Date Of Final Report (TFR):**   July 17, 2012  (Actual)

Printed: 01/22/2013 12:40 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-28356-BAM | | **Trustee:** | William A. Leonard, Jr. (007600) |
|---|---|---|---|---|
| **Case Name:** | Haywood, Walter H, Jr | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****329666 - Checking Account |
| **Taxpayer ID #:** | **-***4637 | | **Blanket Bond:** | $24,000,000.00  (per case limit) |
| **Period Ending:** | 01/22/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-28356-BAM  
**Case Name:** Haywood, Walter H, Jr  

**Taxpayer ID #:** **-***4637  
**Period Ending:** 01/22/13  

**Trustee:** William A. Leonard, Jr. (007600)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** $24,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/12 | {4} | Walter Haywood | Bank Acct | 1129-000 | 5,262.00 | | 5,262.00 |
| 01/23/12 | {25} | Walter Haywood | Car equity | 1129-000 | 2,675.00 | | 7,937.00 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 7,937.03 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,912.03 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,887.03 |
| 03/22/12 | 1001 | United States Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE #11-28356, Bond Number 016048576 Voided on 03/22/12 | 2300-003 | | 7.27 | 7,879.76 |
| 03/22/12 | 1001 | United States Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE #11-28356, Bond Number 016048576 Voided: check issued on 03/22/12 | 2300-003 | | -7.27 | 7,887.03 |
| 03/22/12 | 1002 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE #11-28356, Bond Number 016048576 Voided on 03/22/12 | 2300-003 | | 7.27 | 7,879.76 |
| 03/22/12 | 1002 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE #11-28356, Bond Number 016048576 Voided: check issued on 03/22/12 | 2300-003 | | -7.27 | 7,887.03 |
| 03/26/12 | 1003 | United States Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/24/2012 FOR CASE #11-28356, Bond # 016048576 Voided on 03/26/12 | 2300-003 | | 7.34 | 7,879.69 |
| 03/26/12 | 1003 | United States Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/24/2012 FOR CASE #11-28356, Bond # 016048576 Voided: check issued on 03/26/12 | 2300-003 | | -7.34 | 7,887.03 |
| 03/26/12 | 1004 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/24/2012 FOR CASE #11-28356, Bond# 016048576 | 2300-000 | | 7.34 | 7,879.69 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,854.69 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,829.69 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,804.69 |
| 08/14/12 | 1005 | William A. Leonard, Jr. | Dividend paid 100.00% on $1,543.70, Trustee Compensation; Reference: Stopped on 11/19/12 | 2100-004 | | 1,543.70 | 6,260.99 |
| 08/14/12 | 1006 | William A. Leonard, Jr. | Dividend paid 100.00% on $174.93, Trustee | 2200-000 | | 174.93 | 6,086.06 |

Subtotals :   $7,937.03   $1,850.97

{} Asset reference(s)   Printed: 01/22/2013 12:40 PM   V.13.11

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-28356-BAM | | Trustee: | William A. Leonard, Jr. (007600) |
|---|---|---|---|---|
| Case Name: | Haywood, Walter H, Jr | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******56-65 - Checking Account |
| Taxpayer ID #: | **-***4637 | | Blanket Bond: | $24,000,000.00  (per case limit) |
| Period Ending: | 01/22/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Expenses;  Reference: | | | | |
| 08/14/12 | 1007 | DISCOVER BANK | Dividend paid  22.94% on $6,885.41; Claim# 1; Filed: $6,885.41; Reference: | 7100-000 | | 1,579.73 | 4,506.33 |
| 08/14/12 | 1008 | CAPITAL RECOVERY IV LLC | Dividend paid  22.94% on $10,986.16; Claim# 2; Filed: $10,986.16; Reference: | 7100-000 | | 2,520.58 | 1,985.75 |
| 08/14/12 | 1009 | ADVANTA BANK CORP IN RECEIVERSHIP OF FDIC | Dividend paid  22.94% on $8,655.06; Claim# 4; Filed: $8,655.06; Reference: | 7100-000 | | 1,985.75 | 0.00 |
| 11/19/12 | 1005 | William A. Leonard, Jr. | Dividend paid 100.00% on $1,543.70, Trustee Compensation;  Reference:<br>Stopped: check issued on 08/14/12 | 2100-004 | | -1,543.70 | 1,543.70 |
| 11/19/12 | 1010 | William A. Leonard, Jr. | Dividend paid 100.00% on $1,543.70, Trustee Compensation;  Reference: | 2100-000 | | 1,543.70 | 0.00 |

| | | ACCOUNT TOTALS | 7,937.03 | 7,937.03 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | Subtotal | 7,937.03 | 7,937.03 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $7,937.03 | $7,937.03 | |

| Net Receipts : | 7,937.03 |
|---|---|
| Net Estate : | $7,937.03 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****329666 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******56-65 | 7,937.03 | 7,937.03 | 0.00 |
| | $7,937.03 | $7,937.03 | $0.00 |